```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 63337
   DEBORAH ANITA KING
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8165
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 11/08/05 and confirmed on 02/03/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  10680.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 1168.04 | 44.81 | 1168.04 |
| HSBC AUTO FINANCE | SECURED | .00 | .00 | .00 |
| AMERICASH LOANS | NOTICE ONLY | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 495.67 | 37.61 | 495.67 |
| CAPITAL ONE BANK | UNSECURED | 318.41 | 24.80 | 318.41 |
| SMC | UNSECURED | 462.99 | 36.00 | 462.99 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 577.77 | 43.68 | 577.77 |
| WORLDWIDE ASSET MANAGEME | UNSECURED | 998.93 | 72.08 | 998.93 |
| B LINE LLC | UNSECURED | 1127.82 | 86.52 | 1127.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 306.22 | 23.83 | 306.22 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 401.00 | 30.71 | 401.00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| WINDOW MAGIC PLUS | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN A LEAHY | REIMBURSEMENT | 26.00 | .00 | 26.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1168.04 | 26.00 | 4688.81 | .00 | 5882.85 |
| PRINCIPAL PAID | 1168.04 | 26.00 | 4688.81 | .00 | 5882.85 |
| INTEREST PAID | 44.81 | .00 | 355.23 | .00 | 400.04 |
| TOTAL PAID | 1212.85 | 26.00 | 5044.04 | .00 | 6282.89 |

The Debtor's attorney, STEVEN A LEAHY, was allowed $ 3000.00 and was paid $ 3000.00 .

The Trustee received $ 359.14 .

Refunds to the Debtor totaled $ 1037.97 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE